IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                            CR. NO. 12-20140

BRANDON LAGRONE,
    Defendant.

---

**POSITION AS TO GUIDELINE CALCULATIONS AND
FACTS CONTAINED IN THE PRESENTENCE REPORT**

---

    Comes now the Defendant and respectfully requests givens notice that he has reviewed the Presentence Investigation Report with his attorney and has no objections to the facts or guideline calculations.

    Respectfully submitted this 28th day of March, 2013.

                                              THE LAW OFFICE OF MASSEY MCCLUSKY
                                              3074 East Road, Memphis, TN 38128
                                              (901)384-4004

                                              *s/ Lorna S. McClusky*
                                              B.P.R. No. 16803

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing has been served, via electronic mail, upon Jerry Kitchen, AUSA, via electronic delivery, on this 28th day of March, 2013.

                                              *s/ Lorna S. McClusky*